**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:

UNITED STATES OF AMERICA, Plaintiff,
    v.
LIFEWAY FOODS, INC., an Illinois corporation,
JULIE SMOLYANSKY, and EDWARD SMOLYANSKY,
    individuals, Defendants.

FILED: APRIL 30, 2008
08CV2469 NF
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff the United States of America

| NAME (Type or print) |
| --- |
| Daniel K. Crane-Hirsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s Daniel K. Crane-Hirsch |
| FIRM |
| Office of Consumer Litigation, U.S. Department of Justice |
| STREET ADDRESS |
| PO Box 386 |
| CITY/STATE/ZIP |
| Washington, DC  20044-0386 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 202-616-8242 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐