UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | FILED: APRIL 30, 2008 |
| | ) | 08CV2469 NF |
| Plaintiff, | ) | JUDGE ANDERSEN |
| | ) | MAGISTRATE JUDGE COLE |
| v. | ) | |
| | ) | |
| LIFEWAY FOODS, INC., an Illinois | ) | |
| Corporation, JULIE SMOLYANSKY, AND | ) | Judge |
| EDWARD SMOLYANSKY, individuals, | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

Dated: April 30, 2008

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330