Form.(01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 2469 | DATE | 5/15/2008 |
| CASE TITLE | United States of America vs. Lifeway Foods, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Government's motion to enforce consent decree [11] of permanent injunction is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: TSA